Douglas V. Osborne, OSB #72189
Attorney at Law
439 Pine Street
Klamath Falls, OR 97601
Phone: (541) 884-8152
Fax: (541) 885-3102

Attorney for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re:

JEROD KEITH NUNN and ) 
SANDRA KAY NUNN, )
                                         )     Case No. 10-64059-aer13
Debtors, )
                                         )
BETTY DAVIS, )     Adv. Proc. No. 10-06218-aer
                                         )
         Plaintiff, )
                                         )
v )
                                         )
JEROD KEITH NUNN and )     COMPLAINT
SANDRA KAY NUNN, )     (Denial of Discharge)
                                         )
         Defendants. )

Plaintiff alleges:

1. This is a core proceeding over which the Court has jurisdiction pursuant to 28 USC §§ 157 and 1334 and United States District Court Bankruptcy Local Rule 2100. The matter in controversy arises under 11 USC §523. Venus is proper pursuant to 28 USC §1409.

2. This adversary proceeding is one arising in the case of *Jerod Keith Nunn and Sandra Kay Nunn,* U. S. Bankruptcy Court Case No. 10-64059-aer13 under Chapter 13 of Title 11. Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on June 30, 2010.

Complaint (Denial of Discharge)                                                               Page 1 of 3

**LAW OFFICES OF DOUGLAS V. OSBORNE**
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

Case 10-06218-fra     Doc 1     Filed 10/01/10

3. Plaintiff has a stipulated judgment against Defendants for $104,000 entered in Klamath County Circuit court on October 29, 2009 (a copy of which is attached hereto marked Exhibit "A").

**FIRST CLAIM FOR RELIEF**

**(Money Obtained by False Pretenses, False Representation or Fraud)**

4. Plaintiff realleges paragraphs 1 through 3.

5. On or about November 24, 2004 debtors obtained the sum of $235,829.85 of Plaintiff's funds into their bank account by falsely representing to Plaintiff she needed to put those funds into their account for her protection.

6. Thereafter Defendants paid the sum of $212,000.00 from Plaintiff's funds and acquired title, in their name alone, (again insisting this was for Plaintiff's protection) to the newly constructed residence located at 5163 Regency Drive, Klamath Falls, Oregon 97603 and legally described as Lot 24, Tract 1400 Regency Estates – Phase 2, according to the official plat thereof on file in the office of the Clerk of Klamath County Oregon. Defendants subsequently acquired additional funds of Plaintiffs and used said funds for their benefit.

7. Thereafter litigation was commenced in Klamath County Circuit Court Case No. 06-02299 CV to recover Plaintiff's property and on October 29, 2009 a Stipulated judgment was entered in said case awarding Plaintiff judgment in the amount of $104,000 with interest thereon at 9% from November 18, 2008.

**FIRST CLAIM FOR RELIEF**

**Count 2**

**(Fraud or Defalcation While Acting in a Fiduciary Capacity, Embezzlement or Larceny)**

8. Plaintiff realleges paragraphs 1 through 7.

9. The funds obtained and used by Defendants and, each of them were, received and used by them while acting in a fiduciary capacity. Defendants used Plaintiff's funds for their benefit and in so doing willfully neglected their fiduciary duty to Plaintiff.

Complaint (Denial of Discharge) Page 2 of 3
**LAW OFFICES OF DOUGLAS V. OSBORNE**
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

Case 10-06218-fra    Doc 1    Filed 10/01/10

Defendants acknowledged said conduct in their Stipulated Judgment attached hereto as Exhibit "A".

WHEREFORE, Plaintiff prays for a judgment as follows:

1. Declaring Plaintiff's Klamath County Circuit Court Judgment in Case No. 06-02299 CV non-dischargeable.

2. Granting judgment in Plaintiff's favor and against Defendants and each of them, for the amount remaining unpaid on said judgment, which amount shall be ascertained at trial.

3. For Plaintiff's costs and disbursements; and

4. For all other relief which is just and equitable.

DATED this 1st day of October, 2010.

                                      /s/ Douglas V. Osborne
                                      Douglas V. Osborne, OSB #72189
                                      Attorney for Plaintiff

Complaint (Denial of Discharge)                                                 Page 3 of 3

**LAW OFFICES OF DOUGLAS V. OSBORNE**
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

Case 10-06218-fra     Doc 1     Filed 10/01/10

F I L E D
STATE OF OR...
KLAMATH COUNTY COURT

'09 OCT 29 PH 4:44

CLERK OF COURT

ENTERED
10/29/09
BY SMB

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF KLAMATH

| | |
|---|---|
| BETTY J. DAVIS, | Case No. 06-02299 CV |
| Plaintiff, | |
| vs. | STIPULATED GENERAL JUDGMENT |
| JEROD NUNN and SANDRA NUNN | |
| Defendants. | |

THIS MATTER came before the above-entitled Court for a Settlement Conference on November 18, 2008. Plaintiff appeared and was represented by counsel, Douglas V. Osborne, Jerod Nunn appeared pro se and Sandra Nunn appeared and was represented by counsel, Richard Dalrymple.

The parties having reached an agreement for settlement that was put on the record before the court on November 18, 2008. Having heard the settlement recited before it the Court makes the following findings:

Defendants, and each of them while acting in a fiduciary capacity, did obtain funds from the sale of Plaintiff's California residence in the sum of $287,440.68.

Some of said funds were invested in a residence in Oregon located at 5163 Regency Drive, Klamath Falls, Oregon in the name of Defendants. Defendants received a benefit from residing in said residence.

Some of the other funds were also used for the benefit of Defendants. The parties having a desire to settle the dispute between them, now therefore:

*Davis v. Nunn*
Case 06-02299 CV

Page 1 of 4

LAW OFFICES OF DOUGLAS V. OSBORNE
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

**Exhibit A**

Case 10-06218-fra    Doc 1    Filed 10/01/10

IT IS HEREBY ORDERED:

1. The real property described as 5163 Regency Drive, Klamath Falls, Oregon 97603 and legally described as Lot 24, Tract 1400 Regency Estates-Phase 2 (herein referred to as "the Property") is hereby awarded to Plaintiff, Betty J. Davis. Defendants are directed to immediately sign a Warranty Deed transferring title to Plaintiff (Plaintiff acknowledges receipt of said deed).

2. Plaintiff shall have judgment against the Defendants, jointly and severally, for $335,000 effective November 18, 2008. Said judgment reduced to $104,000 as set forth below.

3. The Property should be immediately listed for sale. Defendants are to pay rent starting December 1, 2008 in the amount of $1,000.00 per month to be received by Plaintiff on the first of each month (Plaintiff acknowledges receipt of said rent). If the sale of the Property does not close within 6 months, Plaintiff shall be paid in the amount of $500.00 per month starting July 1, 2009 through December 2009, due no later than the 10th of each month. Payments shall be made payable to Betty J. Davis in the form of a cashier's check mailed directly to Betty J. Davis at 3979 Beechwood Court, Concord, CA 94519. Said $500.00 payments are to be credited against said judgment.

4. The Property shall be inspected and the inspection videotaped (the parties acknowledge said inspection and video taping have been completed).

5. If the Property does not sell within six months, each party shall have an independent appraisal conducted on the Property and the two appraisal values averaged. Those two

*Davis v. Nunn*
Case 06-02299 CV

Page 2 of 4

LAW OFFICES OF DOUGLAS V. OSBORNE
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

Case 10-06218-fra    Doc 1    Filed 10/01/10

appraisals having been completed average $231,000 and Defendants are hereby credited for said amount against the judgment herein resulting in a final judgment of $104,000.

6. Defendants are to be provided with 30 days notice before closing in which to move.

7. Sandra Nunn's counsel, within a reasonable time, shall provide proof of insurance on the Property to Plaintiff's counsel (Plaintiff acknowledges receipt of the same).

8. Each party shall be responsible for attorney's fees and costs.

9. Plaintiff agrees to the dismissal of the pending Klamath County criminal cases against Defendant Jerod Nunn, case number 07-01137 CR and Defendant Sandra Nunn, case number 07-01138 CR. Plaintiff agreeing said criminal charges be dismissed and civilly compromised as set forth in this settlement.

10. The judgment shall accrue interest at the rate of 9% per annum from November 18, 2008.

11. Plaintiff agrees not to execute on the judgment prior to January 1, 2010 provided all payments are made to Plaintiff as set forth above. Thereafter, Plaintiff is entitled to enforce her judgment as provided by law.

## MONEY AWARD

1. Judgment Creditor: Betty J. Davis
   3979 Beechwood Court
   Concord, CA 94519
   Phone: 925-827-0930

2. Judgment Creditor's Attorney: Douglas V. Osborne
   439 Pine Street
   Klamath Falls, OR 97601
   Phone: 541-884-8152

//

*Davis v. Nunn*
Case 06-02299 CV

Page 3 of 4

LAW OFFICES OF DOUGLAS V. OSBORNE
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

Case 10-06218-fra   Doc 1   Filed 10/01/10

3. Judgment Debtors: Jerod Nunn and Sandra Nunn
PO Box 8083
Klamath Falls, OR 97602
Jerod's DOB: 06/23/68
Sandra's DOB: 11/30/66
Jerod's ODL: 7399341
Sandra's ODL: 7399349

4. Judgment Debtors' Attorney: NA

5. Principal Amount of Judgment: $104,000

6. Plaintiff is entitled to pre- and post-judgment interest at a rate of 9% per annum on the sum of $104,000 from November 18, 2008.

DATED: 10\28\09

_____
Klamath County Circuit Court

APPROVED AS TO FORM:

_____
Sandra Nunn

_____
Jerod Nunn

*Davis v. Nunn*
Case 06-02299 CV

Page 4 of 4

LAW OFFICES OF DOUGLAS V. OSBORNE
439 Pine Street
Klamath Falls, Oregon 97601
(541) 884-8152; fax (541) 885-3102

Case 10-06218-fra    Doc 1    Filed 10/01/10